MN-305
(5/94)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To
Registry Fund

Debtor: Jennifer & Donald Winters                Chapter 7 Case No. 10-38612

Please Check One:

☐ Unclaimed Dividends

☒ Distribution Less Than $5

| Name and Address of Claimant | Claim No. | Amount Claimed | Proposed Distribution |
|---|---|---|---|
| American Infosource as agent for T Mobile<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | 6 | $155.06 | $3.31 |

Dated:   August 12, 2011

PAUL W. BUCHER, TRUSTEE
206 SOUTH BROADWAY SUITE 505
P O BOX 549
ROCHESTER MN 55903-0549
TELEPHONE (507) 288-9111

